```
             UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION

JOSHUA M. DEUTSCHMANN,          )
                                )
     Plaintiff,                 )
                                )
          v.                    )   NO.  3:10-0713
                                )
UNITED STATES OF AMERICA,       )   Judge Haynes/Bryant
                                )
     Defendant.                 )
```

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, September 20, 2010,** at **11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee.  The parties shall file a proposed case management order three (3) business days prior to September 20, 2010.

It is so **ORDERED**.

```
                         s/ John S. Bryant
                         JOHN S. BRYANT
                         United States Magistrate Judge
```