ORDER:

Motion granted. Telephone status conference is set for January 6, 2011, at 10:00 a.m. The court will initiate this call.

*s/ John S. Bryant*

U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOSHUA M. DEUTSCHMANN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:10 CV 0713** |
| | ) | ~~Judge William J. Haynes, Jr.~~ |
| **UNITED STATES OF AMERICA,** | ) | **Magistrate Judge John S. Bryant** |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR STATUS CONFERENCE

Comes the Plaintiff, by and through counsel, and moves for a telephonic status conference in this cause. In support of this, he would show that this matter has now been referred to the Magistrate Judge for a bench trial, and a trial date needs to be scheduled. There are also issues related to deposing a witness who is currently outside of the United States and also issues as to procedures on medical proof.

Respectfully submitted,

  /s/ Mark A. Rassas
Mark A. Rassas
**Rassas, North, & Associates**
Glenn Building, Suite 101
120 South Second Street
Clarksville, Tennessee 37040
(931) 645-4044
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been forwarded to, attorney for the Delk Kennedy, Jr., US Attorney's Office, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203-3870, *Attorney for the Defendant*, this the   9th   day of   December  , 2010.

  /s/ Mark A. Rassas
Mark A. Rassas